# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARK ANTHONY CLEARMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ELLEN FERNANDEZ, et al.,<br><br>    Defendants. | Case No. CV 05-5633-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  January 31, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE